of assault in the first degree, in violation of Section 565.050 RSMo (1994), on which counts he was sentenced as a prior and persistent offender to four consecutive terms of life imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

569.020 RSMo (1994). Woods was sentenced to ten years on each count to be served concurrently in the Missouri Department of Correction.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

**LaKeith WOODS, Defendant/Appellant.**

**No. 73318.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 27, 1998.

STATE of Missouri, Plaintiff/Respondent,

v.

**Gregory ROBINSON,
Defendant/Appellant.**

**No. 73320.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 27, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, Larry A. Bagsby, Baerveldt, Bagsby, Lee & Green, L.L.C., St. Charles, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

*ORDER*

PER CURIAM.

This appeal arises from a jury verdict finding LaKeith Woods, on count I, guilty of second degree felony-murder, Section 565.021.1(2) RSMo 1994 and, on count II, guilty of first degree robbery, Section

Douglas R. Hoff, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant Gregory Robinson appeals the judgment entered upon his conviction by a jury of one count of delivery of a controlled substance in violation of section 195.211 RSMo 1994. We affirm.